**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-2332

———————

VIRGIL M. LORENZO,

Plaintiff - Appellant,

versus

ROBERT M. GATES,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis III, Senior District Judge.  (1:06-cv-00715-TSE)

———————

Submitted:  April 26, 2007          Decided:  April 30, 2007

———————

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Virgil M. Lorenzo, Appellant Pro Se.  Kevin Jason Mikolashek, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Virgil M. Lorenzo appeals the district court's order granting Defendant's motion to dismiss his claims of race discrimination and retaliation brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000), and his claim of age discrimination brought pursuant to the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621 to 634 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lorenzo v. Gates,[*] No. 1:06-cv-00715-TSE (E.D. Va. filed Oct. 18, 2006; entered Oct. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Robert M. Gates has been substituted for Donald H. Rumsfeld.